UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Benj Reed

_Plaintiff(s)_,

v.

M. Carpenelli.    _Defendant(s)._

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

OCT 2 4 2022

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Class Action

**COMPLAINT**
(Pro Se Prisoner)

Case No. _____
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include _only_: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. _See_ Fed. R. Civ. P. 5.2.

---

## I.    LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

**II.    PLAINTIFF(S) INFORMATION**

Name: Benji Reed # 980947 / DIN 04B3302

Prisoner ID #: 04B3302

Place of detention: Lewis County Jail

Address: P.O. Box 233

Lowville N.Y. 13367

Indicate your confinement status when the alleged wrongdoing occurred:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

Lewis County Jail I.D# 980947 Prison ID# 04B3302

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

**III.    DEFENDANT(S) INFORMATION**

Defendant No. 1: Michael Carpenell, Sheriff    individual/official
Name (Last, First)    capality

The Lewis County Sheriff
Job Title

Lewis County Sheriffs Office, 8252 Outer Stowe St.
Work Address

Lowville    N.Y.    13367
City    State    Zip Code

Defendant No. 2: ~~Michael~~ Timothy Thayer    individual/official
Name (Last, First)    capality

Warden of Lewis County Jail
Job Title

2

Lewis County Jail, 5252 Outerstowe St
Work Address

Lowville          N.Y.          13367
City                State              Zip Code

Defendant No. 3:    James Blackwell                Individual / 's offical
                    Name (Last, First)            Capacity

Sheriff
Job Title

Lewis County Sheriff Office, 5252 Outerstowe St
Work Address

Lowville          N.Y.          13367
City                State              Zip Code

Defendant No. 4:    J. Aucter,                    Individual/Official
                    Name (Last, First)            Capacity

Deputy Sheriff
Job Title

Lewis County Jail, 5252 Outer Stowe St
Work Address

Lowville   N.Y.          13367
City                State              Zip Code

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

III.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

3

Defendant # 5.    Randy Reed :      individual ; official Capacity
_____    _____
                   Deputy Sheriff
                   Job title
                   Lewis County Sheriff Office, 5252 outer stowe st
                   Lowville    N.Y    13367
                   City        State    zip code

Defendant 6.    Brian Best :      Individual /Capacity
_____    _____
                   Deputy Sheriff
                   Lewis county Jail , 5252 Outer Stowe Street
                   Lowville N.Y.    13367

Defendant 7.    Daniel king :    individual /Capacity
                County court Judge :
                County Courthouse 7660 N. State Street
                Lowville N.Y. 13367

Defendant #8    Oneida County Sheriff :
                6075 Judd Road
                Oriskany N.Y. 13402

Defendant #9    Gregory P. Gibbs :    individual / Offical
                Police Detective              Capacity
                751 Waterman Drive
                watertown N.Y. 13601

Defendant #10.    Sean Boyle :        individual/Offical
                  Police Detective            Capacity
                  751 waterman Drive
                  Watertown N.Y. 13601

Defendant # 11. Thomas Dubach
                Deputy Sheriff
                Job title

                Lewis County Jail/Sheriffs Office 5252 Outer Stowe
                Lowville N.Y. 13367

Individual & Official
Capacity

Defendant # 12.    Jeremy Myers
                   Deputy Sheriff
                   Job title
                   Lewis County Jail / Sheriffs Office 5252 Outer Stowe
                   Lowville N.Y. 13367

Individual & Official
Capacity

Defendant # 13.    Richard Knight :
                   Sheriff
                   Job title

                   Lewis County Sheriffs Office
                   P.O. Box 233
                   Lowville N.Y 13367

Individual & Official
Capacity

Defendant 14.    Peter Tartaglia
                 Parole Officer , Utica Area

                        Job title
                 NYSDOCCS ; Utica Area
                      207 Genesee Street
                 Utica N.Y. 13501

Individual & Official
Capacity

Defendant 15.    William Lupino
                 Parole Revocation Specialist
                      Job title

                 NYSDOCCS ; Utica Area
                      207 Genesee Street
                 Utica N.Y. 13501

Individual & Official
Capacity

Defendant  2. Premau                              Individual's Official
Administrative law Judge                        Capacity
Job tit
207 Genessee St
Utica N.Y. 13501

Defendant #
       Martin                                   Individual's official
Parole Revocation specialist                   Capacity
207 Genessee Street
Utica N.Y. 13501

Defendant #    Global Tel-link (GTL)      Official Capacity

Corporate office
2609 Cameron St
Mobile, AL 36607

Defendant #    Jarrod c. Randal         Individual Capacity
           114 katherine st
           watertown NY 13601

Defendant #    John Doe #3             Individual official
Administrative law Judge               Capacity
207 Genessee street
Utica N.Y. 13501

Defendant #    Sheriff John Doe #       Individual's Official
Oneida county Jail                      Capacity
7064 Judd Rd, oretany N.Y.

Defendant #16    Mellissa Davis

Administrative law Judge

Job title

333 . E Washington Street
Syracuse . N.Y. 13202

Individual & Offical Capacity

Defendant #17    Jhon Doe S
Deputy Sheriff  Processing Mail

Job title

Individual & Offical capacity

Lewis County Jail , 5252 Outerstowe Street
Lowville  N.Y.  13367

Defendant 18    NYSDOCCS

Job title

Defendant #19.    Uhaul moving's Storage

Job title

Offical Capacity

6341 Thompson Road
Syracuse  N.Y. 13206

Defendant 20    ~~Stephany  Lane~~

~~Watertown Police~~

~~751 Waterman Drive~~
~~Watertown N.Y. 13601~~

Defendant 21    Verizon . Corporate HQ
Job title

1095 Avenue of Americas
N.Y. N.Y. 10036

Defendant 22    Charles Donohogue
Chief of police
751 Waterman Drive watertown N.Y. 13601

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

1. On November 30, 2004 Plaintiff ~~petitioner~~ was sentenced in county court to a determinate term of 15 years, 5 years post release supervision upon conviction

2. Plaintiff was released on parole ~~December~~ supervision on December 18, 2017 with the understanding that he was to remain thereon until July 6, 2022

3. Upon information and belief, ~~defendant~~ Defendant cosmo pelligrino alleged that plaintiff possessed drug paraphenellia, a controlled substance ~~that~~ marijuanna and packaging materials, and was declared delinquent September 19, 2019

4 He was charged with the above violations of conditions of release.

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

5. On or about September 26, 2018 Plaintiff Preliminary parole Revocation hearing was held.

6. Plaintiff Requested several witness: The owner of the home which was his verified Residence, and Officer John Doe #1 and Officer John Doe #2.

7. Without good cause shown John Doe # Administrative law Judges, Denied Plaintiff Request for witnesses

8. Plaintiff # Defendant John Doe #3 then held plaintiff For Final Hearing

9. Defendant John Doe #3 Did not articulate or state the particular evidence he relied on in Finding probable cause to hold Plaintiff #3 For Final hearing

10. On or about October 12, 2018 plaintiff submitted a writ of habeas corpus to Defendant Sheriff #1

11. Upon information and Belief, Defendant Sheriff #1 refused to send plaintiff #1 writ of Habeas corpus to The court for review.

12. On September 19, 2019 Plaintiff #1 was again released to parole supervision and on october 22, 2019 he was declared delinquent For positive urinalysis test For marijuanna

13. On Feburary 20, 2020 plaintiff Final hearing was held, In reperds to Mitigation hearing

14. plaintiff #1 Presented overwhelming evidence of his need for Alcohol an Drug Abuse treatment treatment, and that further Penal incarceration is Unnecessary

15. Defendat Premou disregard plaintiff Mitigation evidence and evidence in support of his need for Alcohol al Drug Abuse treatment

16. Upon information al belief Defendat Premou was bias and denial plaintiff Due process right to a fair hearing.

17. Defendant premou did failed to provide a Statement of evidence relied on or articulated in his written Dispostion about was the evidence he relied on, al did infect relie on evidence that was outside of the record.

18. Defendat John Doe #3 and refused to send plaintiff and Multiple others legal mail and general mail to the court and family

13 Plaintiff #1 was assigned Defendant Godeman to Represent him

15. Plaintiff #1 requested promentory Assistance from Defendant Godeman in support of his defense and need of either alcohol and other drug Abuse Treatment.

16. Plaintiff advised Defendant premou that Defendant Godman has refuse to assist him in establishing a defense

17. Defendant premou ast defendant Godman what was his reply, he stated that he did not want to waste the courts time.

18. Plaintiff #1 move to proceed pro se. However, Plaintiff was not advised of the Dangers of proceeding pro se

19 upon information a belief plaintiff waiver of his right to counsel was involuntary, unknowing, and intelligently waived

20. upon Fisher information and Belief, the collogey of plaintiff #1 waiver to Council was Legally insufficient.

21. It was recommended by Defendant Preman that Plaintiff Number one be ~~redacted~~ ~~redacted~~.

22. Plaintiff was released back to parole supervison on October 22 2020.

23. Defendant Peter tartaglia allege that plaintiff asconded from parole supervison as was declared delinquent on or about august 06, 2021.

24. Plaintiff #1 was charged with three violations of conditions of release report case summary (there after "vorp(cs")

25. On August 9, 2021 Defendant peter tartaglia issue a parole violation warrant # 946198

26. On 6-9-2021 plaintiff # was arrested on a parole warrant after the vehicle he was operating with another person was seized

27. there after a weapon was ducovered inside the vehicle

28. upon information and belief, arrest warrant was issued from Jefferson county by Judge renz

29. upon further information and Belief, Defendant knight cory paczkowski, and Jimmy Blackwell knew arrest warrant was issued from Jefferson county for plaintiff #1 arrest

30. Plaintiff #1 license was run through the E-system before he was observed operating the vehicle, before it was known he was, actually the individual suspect, or known he was driving the vehicle before the vehicle was stopped.

31. Defendant John Doe ran plaintiff license in absence of reasonable suspicion and probable cause.

32. Defendant John Olmstead did forcefully, with his duty weapon drawn, stop and arrest plaintiff in absence of reasonable suspicion and probable cause.

33. Plaintiff was identify by Defendant John Doe with a tainted photo, based on hearsay and inabsence of counsel; unduly suggestiveness

34. Upon information and belief, the identifying photo was from two years ago, 2020. The photo custodian, or parole officer or officer that showed Defendant Jarrod Randall the photo administer it or verify that it was plaintiff

35. The Defendant Jarrod Randall, that identified the plaintiff, was bias towards the plaintiff due to plaintiff race, skin color and the dating of his ex-wife

36. Plaintiff #1, African American Male was escorted to the lewis County sheriff department

37. Some time later Amy Deem, a white Cocasian female was also brought to the sheriff department of lewis county

38. Upon information and belief, lewis County sheriff charged her with attempt to with criminal possession of a controlled substance with intent to sell. After discovering discovering so substance, scale and baggies in her book bag.

39. Upon information and belief, the substance recovered was not crack Cocaine.

40. After Defendant Knight had finished speaking to Amy Deem, White Caucasian female he approached plaintiff African American male and ask if he was aware of a weapon being inside the vehicle plaintiff told him "no" he gave sheriff ortlieb a handgun was inside the vehicle it was placed inside of the vehicle the night prior when his girlfriend ex-husband belongings were being removed from the garage

41. Defendant Knight then returned to speak to Amy Deem

42. Approximately 10 minutes later Amy Deem, yell to petitioner upset because she was told something by defendant Knight

43. Plaintiff requested to speak to defendant Knight.

44. Defendant Knight to sheriff ortlieb he will not speak to Reed and return to speak to Amy Deem, White Caucasian female

45. Defendant Knight ignored plaintiff #1 walked passed him appearing to be aggitated with petitioner and extremely dismissive towards petitioner

46. Defendant Joseph Donahue, Watertown New york Chief of police told Defendant Knight, Cory paczkowski and Jimmy Blackwell that plaintiff is wanted for a homicide, known to carry a gun, is a major Drug traffic and was involved in the disappearance of a missing person

47. Defendant Knight continue to speak with Amy Deem, White Caucasian female.

48. upon information and belief, Defendant Knight refused to further speak with plaintiff #1 due to extreme bias because of his race, skin color and the false hearsay allegations and information that was relayed to him from Defendant Donahue

49. upon information and belief, Defendant Gates and Defendant Bayle

Did take a picture of plaintiff While he was home sitting on the
Couch In her living room

50. upon information and Belief, Defendant Donohue Did allege that
the photo taken of plaintiff on her couch was plaintiff Benji Reed

51. upon further information and Belief, Defendant Boyle and defendant
Gibbs Did Drive to the Bestwestern in watertown inbetween
June 1 and 7, 2022 and advise shown the photo to
Defendant Jarrod Randall and advice him that petitioner plaintiff
was the guy dating his ex-wife, and defendant Jarrod
Randall agreed due to Defendant boyle and Defendant
Gibbs suggestion and plaintiff Race and Skin Color

52. upon information and Belief, informed Defendant that
Defendant Jarrod Randall identified plaintiff from photo
and to put together a photo array

53. upon further information and Belief, Defendant Donohue
put a highly suggestive photo array together and
Defendant Gibbs and boyle administer the photo array and
plaintiff was picked out

54. upon further information and Belief, Jarrod Randall described the
guy that shot at him was 5,6 in height, Short hair, and
had glasses. However, photo of plaintiff is a guy with
NO glasses, 215 pounds, 5'10 in height and have long
hair Dread locks

56. Plaintiff African American male received a felony complaint signed by
defendant James Blackwell

57. In the Felony complaint for allege presumption of possession,
petitioner appeared in the caption alone as principle, excluding
Codefendant, Amy Deem white caucasian female

58. In the felony complaint defendant James Blackwell did assert that he discovered a 9 millimeter glock handgun, Black in style in the middle console behind the driver seat in a grabble area by passenger and driver

59. Upon information and Belief, defendant James Blackwell did fabricate and falsify evidence inside the felony complaint

60. The allegations inside the felony complaint the weapon was in a grabble area and available for use was hearsay and false.

61. The allegations that defendant James Blackwell discovered the handgun and it was Black in color was fabricated

62. The allegations that the handgun was found behind the drivers seated was fabricated

63. Upon information and Belief, the handgun was not in grabble area or available for use. The handgun was in a louis Vuitton purse under multiple Books Bags and Boxes, and not in plainview

64. Upon information and Belief, Amy Deem White Caucasian Female was not placed in the felony complaint because she was a white Caucasian female

65. Upon further information and Belief, Defendant James Jimmy Blackwell place plaintiff in the felony complaint caption alone and excluded Amy Deem, White Caucasian female, and fabricated that he discovered the weapon behind plaintiff seat was due to plaintiff Race, color of his skin and the false hearsay information relayed to by defendant donahue

66. Upon further information and Belief, plaintiff license was ran through the E-system before he was identify as driver of vehicle, and his vehicle was search was a pretext a dsromto search vehicle Harm use it was

Know hours before hand that a handgun was inside of the vehicle.

67 Defendant Cory Paczkowski, Richard knight, and James Blackwell allegations that said search of plaintiff vehicle was a sham and a pretext to insor assure weapon was in a grabble area.

Fabricated Allegation Submitted at Parole

Recognizence hearing

68. On 6.9.2022 Plaintiff #1 recognizence hearing was held. The Defendant
Peter tactaglia submitted violation of release report charging allegeing
the Following charges :

Charge # 1  Benji Reed violated rule # 4 of the conditions of release
in that on or about 6-2-2021 he failed to discuss
with his parole officer of a change in his residence at 4601
Candle light Ln, liver pool N.Y.

Charge # 2  Benji Reed violated Rule # 1 of the conditions of release in
that he failed to make his office report on 6-3-2021
and thereafter as directed

Charge # 3  Benji Reed violated rule # 3 on the conditions of release in
that on or about 6-3-2021 He absconded from the Department
of correctuns and community Supervision

Charge # 4  Benji Reed violated Rule # 8 of the conditions of release
when his behavior violated the provisions of the law to which
he is subject which provides for a penalty of imprisonment in
that on or about 6-4-2022 sheriffs approximately 10:30am
at 7576 soft maple Rd., Croghan, NY he possessed a loaded
Firearm

Charge # 5  Benji Reed violated Rule # 8 of the conditions of release

when his behavior threatened the health and safety of others, in that on or about 6/8/2022 at approximately 10:30am at 7576 Soft Maple Rd., Croghan, NY he possessed a loaded firearm.

Charge # 6    Benji Reed violated Rule # 7 of the conditions of release when on or about 6/8/2022, 10:30am, 7576 Soft Maple Rd., Croghan, NY he acted in concert with Amy Deem when they possessed a loaded Firearm.

69    Defendant tartaglia further asserted that Plaintiff#1 petitioner had three no shows for court in the past, no family, in lowville NY.

70.    Defendant tompkins made no objections nor did he controverted the allegations He did not have any information in regards to plaintiff#1 criminal history that would assist Defendant tompkins in obtaining plaintiff release on his own recognizence.

71.    Defendant king to judicial notice that Defendant tompkin did not say anything to undermine Defendant peter taglia claim against Plaintiff#1

Perjury, Fabrication and lies exposed and revealed at Preliminary Parole hearing Hearing

72.    Defendant Jane Doe conducted a Preliminary parole hearing On



73. it was established that plaintiff #1 was shot 10 times and as a result suffered a broken hip, broken leg and a broken knee cap

74. it was also establish that plaintiff was not able to work or maintain gainful employment an could not pay for her phone bill an thereby lost contact with defendant peter tortaglia

75. it was also established that petitioner parole officer did not advise him to report 6-3-2021 or thereafter

76. it was also established that occupant stacy tennese was in the hospital during the defendents tortaglia 6-3-2021 parole visit, and that a visit from tortaglia on 6-3-2021 was unlikely.

77. it was also established that plaintiff was a level compass II, and that defendant peter tortaglia was mandated to make home visits twice a month, but did not and allegedly made a home visit for the first time 6 months after the plaintiff mixed to 16 Candle light circle liverpool N.Y.

78. Defendant tortaglia produced no evidence that plaintiff #1 could work, walk or had any income to maintain contact by phone or physically by walkin office visit

79. Defendant tortaglia produce no evidence that plaintiff #1 change his address, or that he did not reside at the apartment

80. Defendant tartaglia produced no evidence that plaintiff #1 intentionally absconded from parole, and that he directed plaintiff #1 to report on 6-3-2021 or thereafter

81. No preponderance of evidence was produced to establish probable cause that plaintiff violated her conditions of release.

82 However, Defendant Jane Doe help plaintiff over aset for violation of condition Rule #

83 Defendant William lupino did Failed to correct or purge the hearing record of the perjury and frabication that was submitted in the VORP/cs

84 Defendat william huppino ded failed to advise defendt king that material false allegation, perjury and fabrication was submitted in the parole Reivogizance Hearing

85. Defendant Jane Doe #1 did fail to correct or purge the hearing record of the perjury, Fabrication or material false allegation submitted in the record in the Vorp/cs paper and as basis for issuance of the parole warrant

86. Defendant Jane doe #1 did failed to advise defendat king of the perjury, Fabrication and material false allegation that was submitted into the record via defendant tartaglia and vorp/cs

87. Defendant Jone Poe did Hold plaintiff #1 over For Final hearing on less than probable cause and/or on the preponderance of the evidence.

88. Defendant Jone poe did Fail to provide plaintiff #1 with a written disposition of evidence relied on within a reasonable time

89. ~~Plantiff~~ plaintiff #1 did send a letter to Defendant king advising him that material false allegations submitted into the record of the parole Recognizence Hearing held under the new parole law "less is more" Act, and to use its inherent power to purge the record of the knowing ~~false~~ material False ~~material~~ allegations In the record

90. upon information and Belief, Defendant king Refuse to correct or purge the record of the material False allegation

91. upon information and Belief, Defendant King Judgment was skewed against plaintiff

92. Plaintiff did send an application to Defendant king, and Defendant pet 2016t requesting Bail to be Fix and requesting a bail hearing

93. Defendant King and Defendant pet 2016t Refuse to aknowledge or respond to said Bail Application/motion upon information and Belief, The failure to provide plaintiff with hearing and to allow him to be heard is a tactical advantage

94. plaintiff representing himself pro se did send a motion to with all motions and waivers submitted or entered on his behalf by prior counsel Rebecca wittman

95. Defendant King and Defendant Petzoldt refused to acknowledge or respond to said motions

96. Defendant King did provide ~~Rombough~~ to attack, push, and punch plaintiff #1 when entered his cell

97. ~~plaint~~ Defendant King Did provide ~~Rombough~~ to attack plaintiff #1 Number One when he told plaintiff #2 That he knows plaintiff #1 is giving him legal advice and is encouraging him to proceed pro se and that he is making a horrible mistake and that he will not win his case or it will be awful for plaintiff #2

98. plaintiff #2 Did approach plaintiff #1 and did tell him that he was a bad teacher and that listening ~~to~~ him he is going to lose his case.

99. plaintiff #2 then entered plaintiff #1 cell began to threaten him, pushed him and attempted to punch him

100. Staff did ~~over~~ observe ~~Rombough~~ enter plaintiff #1 cell and push and attempt to punch him

101. Staff did remove ~~plaintiff number one~~ Zachary Rombough From the housing Block to investigat what was going on

102. Plaintiff #1 did File a grievance against Defendant King For provoking Plaintiff #2 to assault him, Abusing the Bail process, refusing to respond and acknowledge motions and application

103. Upon information and Belief Defendant King has Continuously abused The Bail process

104. Defendant King picks and choose who he wants to set bail or Fix bail For, what is a qualifying offense and what is not a qualifying offense without Consulting the statute.

105. Defendant King do not hear bail motions, He refused to hear plaintiff Bail motion
Defendant King set or Fix Bail in excessive amounts IF you are Black, and most whites gets reasonable Bail set.

106. Defendant King Judgment becomes skewed, when a litigant invokes his rights, and his Judgment became skewed against plaintiff #1 when he invoke his right to proceed prose
Defendant has an unconstitutional policy of sentencing litigants, who don't plead guilty, or accept responsibility for their allege Crimes, above and beyond the statutory maximum and inobserve the traditional criteria, and Jurisprudence of the New York Sentencing process.

107. Defendant King has turned a Blind eye to the Assistance District Attorney legal abuses of failing to determine geographical

jurisdiction of offenses, deliberately eliciting hearsay information on during cross examinations, presenting prejudicial evidence and omitting material evidence in his presentation to the grand jury.

108. Defendant king has refused or failed to direct Defendant petrolet to comply with automatic preindictment discovery.

109. Defendant king has advised plaintiff#1 to not send any motions to the court, plaintiff is being denied the right to go pose

110. Defendant has failed to allow plaintiff#1 to be heared on motions in reply to Defendant petrolet motions. Defendant did reject motions/mail that was sent to court

111. Upon information and belief, Due to plaintiff#1 Race as a Negro Defendant refuse to hear his motions, Fix Bail; direct Automatic discovery compliance

112. Upon information and belief, plaintiff Due to plaintiff#1 Race and skin color Defendants king has denied him the right to a Fair and impartial tribunal, right to a Fair trial and his right to equal protects of the law. and Denial of access to the court

<u>Denial of access to the court, Rehabilitation Legal supplies and assistance</u>

113. Defendant mike Carpenell. has establish or enforce discriminatory laws and policies invialation of New york state and Federal Constitution
<u>Sexual and invidious discrimination Against Female staff and Inmates</u>

114. Upon plaintiff return from court, plaintiff was entering the fosler and lewis county Jail control station area watch

Plaintiff #1 did have to urinate and defecate with extreme urgency.

115. plaintiff requested to be frisk so that he would not urinate or defecate on himself, before he made back

116. to his assigned cell.

At the time of the return from court and frish area it was only Three female guards on post Nikki O'connor, Shaffer and Chelsi McGarger All Three females guards nepsued that they could not frisk the plaintiff because he was a male inmate and they are not all to frish, associate with the male inmates at lewis county Jail, and if they did They would get introuble by thing the boss Defendant timothy thayer

117. plaintiff did urinate on himself waiting to be searched by a male guard

118. Plaintiff requested to be escorted to law library so that he may have enought or sufficient amant of time to conduct research

119. plaintiff was told by Sheriff Shaffer That it was only herself another female guard currently on Shift, and That plaintiff had to wait for a male guard to escort him to the law library.

120. Plaintiff #1 waited for said male guard When said male guard arrive plaintiff only

15 minutes out of 1 hour to conduct legal research

121. On September   2022 while standing at the entry gate of the A-Block housing unit plaintiff did hear Joe Aucter call some unknown female inmate a Bitch repeatedly and told her to Shut the fuck up

122. The plaintiff and several other male inmates heared Aucter and other male guards call female inmate Bitches and to "Shut the Fxxk up" and to "lock the Fxxk in"

123. The male inmates have never been spoken to as describe above by Male or female guards

124. This distinction in treatment of female guards and female inmates at Lewis county Jail has projected and image of females and female guards as being untrustworthy, not official authority and are being that are not of equal status to male inmates and male guards

125. This distinction in treatment has cause multiple inmates to disrespect the female guards Shaffer, McGargor O'connor and Stanton at the lewis county Jail

126. This distinction in treatment due to sex differences have a negative impact the facility, plaintiff and other inmates rehabilitation

127. Several inmate Jessie lee          , have been infraction or written up by all female guards for disrepect and refusing to behave on their work shift

128 There are never any female guard working
   Shifts 24 hours a day at Lewis County Jail

129 If an incident, medical or disruptive were
   to occur with the Females There are normally
   no Females guard on duty to intervene or
   help them.

   Work place and environmental Racism

130   Defendant Carpenill did create and environment
   of Racism

131   Upon information and Belief, Defendant Carpenill, did,
   Under The Lewis County Sheriff department moniker or
   sigil did send a letter to The pardon Board requesting
   That Erik Bosleen White supremist leader to pardon
   for storming the White house of the United States
   On January 6, 2021.

132.   The Sheriff's action, in support a known White
   supremist under the sheriff moniker or sigil, impact
   resulted in appearance of Racism, were having on the
   Outer mosphere of the County Jail and Sheriff department
   is certainly is of Black inmates Concern

133. Plaintiff #1 was removed from a meeting with
   Socual worker and advocate name Donna,
   By defendant timothy thayer in regards to his
   Right to proceed prose, The adequacy of the
   Lewis County Jail Law library and going to trial.

134. Defendant Timothy thayer did say to plaintiff #1
   " I'm going to be frank with you. we are a an
   old conservative county. Black people will get found

guilty here".

135. Defendant Carpinelli and Thayer has also created an enviroment of oppression, suppression and retaliation whiteguys get jobs and Blackguys dont.

136. During multiple known incidents Defendant Carpenli, has retaliated against other staff for excercising their constitutional rights and has oppressed other staff for voicing there opions of even slight disagreement

137. This conduct permeate throught out lewis county, and has continue up until this writting

138. During one known incident Defendant Carpenli, did retaliate against employee mitchel widrick who work as a dispatcher for lewis county sheriffs office for 17 years

139. Ms. Widrick to excercise her right to sign a petition to nominate someone she likes for the 2015 Sheriffs election

140. Ms. Widrick did have the seqneil petition in her possession. Defendant Carpinelli did forcil take the papers from her and suspended her pending termination fabricating that she committed a serious acts of misconduct"

141. The Defendant second incident of retadiation and oppression was with Deputy Sheriff Daryl Ortlieb.

142. Deputy Sheriff Daryl Ortlieb had petty disagreement at a meeting with Defendant Carpinelli. Defendant Carpinelli became enrage and threatened Mr. Ortlieb for misconduct unless he resigned

143  However, there had been no predisciplinary hearing
     pursuant to Civil Service Law § 75.

144  Mr. Ortlieb asked to withdraw his resignation
     But the Defendant denied his request. However,
     the supreme court concluded that the Defendant
     Carpinelli had abused his discretion in refusing to
     allow petitioner Mr. Ortlieb to withdraw his Resignation

145  The court of appeals has found that a resignation
     under a coercion or duress is not a voluntary act
     and may be nullified.

146. The Defendant acts and enforcement of a retaliatory,
     oppressive as suppressive policy under the disguise of
     promoting efficiency and discipline in the work place
     is extremely discriminative and created a Racist
     and Sexist environment of intimidation, oppression
     and retaliation that has been followed and perpetuated
     up until this writing

147. If these female guards of female inmates voice
     there opinion or go against there unconstitutional
     policies will be considered and act of insubordination
     and disruption of order and is cause for termination

148. None of the female guards step forward in attempt
     to correct the misrepresentation created by the
     Defendant Carpinelli policies.
        Retalitory Behavior and Conduct Enforced by
     by Lewis County Jail Deputy Sheriffs

149. On August 13, 2022 several inmates filed an oral

complaint to shift supervisor ~~Defendant~~ J. Aucter, inregards to mental health inmate ~~Lorence~~ laurence keane causing a major disturbance with the A-block Housing unit

150. Inmate keane Rip/torn the T.V. off its wall Station, he began to scream and yell and jump on top of the Housing unit tables and began to do push-ups while other Housing unit inmates where playing a card game called "spades"

151. After this complaint was brought to the attention of Defendant Aucter He & mangers directed the entire housing Block to lock-in their assigned cells.

152. Approximately 15 minutes later Several inmates Was transfered to Housing Block C. The Following inmates Were: kyle Simpson, Patrick clifton, Plaintiff Benj. keed, Chad Gafrey and few others

153. plaintiff#1 was locked in his cell, For hours, his cell was searched and destroyed and the tablets privilege was taken away.

154. Upon information and Belief the Above name inmates tablets were taken, they were lock in there cells, They cells was destrayed and search

155. Upon further information and Belief, The remaining Inmates in Housing Block A tablet privilege was taken, Their cells were searched and destrayed and They was locked in their cells For hours

156. upon information and Belief, Mental health inmate Lourence keane, suffers from paranoia sk.            , Bipolar & hearing voices

157. In further responce to inmates bringing a complaint to the attention of Defendant Auciter and Defendant meyers. The plaintiff Commissary privileges were taken for two weeks, the once a week Sunday desert was also taken for two weeks including T.V. privileges.

158. Upon information and Belief, defendant auciter and defendant Thayer order The cook not to provide Sunday desert, and directed the The commissary officer, defendant not to process The Commissary orders for two weeks.

159. On prior occasions complaints was brought to the attention of Defendant Thayer in regards to Inmate Laurence keane destroying the recreation equiptment Specifically Flattening the Basket ball by kicking it and lodging the Basket Ball in between the Rasor Wire Fence in the Recreation yard

160. Defendant thayer refused to replace or order the Basket ball replaced with a new one, and later Commented that the inmates will have to do withaut

161. Adcitionally, the salt and pepper shakers that was provided to the general population were taken from the general population because

162 On other occesions inmate jessie Lee, Zachary Ramburg, Andrew Bennett and Jessie morman phone and tablet privileges Where taken away for a month inabsence of dycciplinary hearing. Chuck Hawbins as well.

162 plaintiff #1,
Were denied the right to appeal their dyciplinary hearings

163 Inmate Dylan Sharpensteine, Kyle Simpson, and Casey were given Misbehavior Reports For causing disturbances on their table privileges, commissary and sunday deserts were taken in obsence of a disciplinary Hearing, a predeprivation notice or statement to be heard as to the need for prehearing deprivation

164 Upon information and Belief, punishment and privileges are taken at lewis county jail, as a practice, In absence of a disciplinary hearing, a predeprivation notice or statement to be heard as to the need For prehearing deprivation

165. upon information and Belief, for the First few days to a week lewis county inmates was afraid to File Complaints due to further retailiation

166. The Following inmates that suffered the affects of defendants retailiation goes as follows: Charl Hawkins, Chad Godfrey, Patrick Clifton, Jessie marman, casey, Jack Simpson, Carlos ortiz, Kyle simpson Willard Bailey, Timothy Guba, Jason page, Randy Grimmer Jessie lee, Dylan Sharpesteine, casey,

Denial to adequate lawlibrary, legal supplies legal assistance, legal materials and Access to Attorney

Lawlibrary

167. Lawlibrary have no updated Books, their is no clerk to assist the inmates in the search for the material or Books need. Their is no master index, no adequate instructions to assist

The inmate in Navigation of the Law application on the
computer. indigent and NON indigent inmates are allow to only
print 5 pages of there legal motions or case law, in a half hour

Legal Supplies

168. Pens or papers, Carbon paper, envelopes are not
available or given out. there is no postage meter,
or postage scale, no Appendix Binders, Folders,
or copy machine. The printer is inadequate and
dont print the a full copy, of a page whether
it is case law OR court Motions. to complete
a motion the motion must be hand written
The printer jams almost every week and it take
atleast 3 to 4 days before it is Fixed.

169. The Notary public refuses to show up for days after
requested to Notarize legal Documents, which
has prejudice the plaintiff #1 to the point where he
missed court deadlines

170. Law library motions forms are not update. Power of
Attorney forms are not updated which has prejudice
patrick Clifton due to the attorney power form
Signed to his wife not being updated to Conduct
Financial transaction with the Bank to obtain bail
money to Bail Clifton patrick Clifton out

No Free access or access period to Attornies

171. Banks Telephone calls can not be made to attorneys,
and calls that are made or could be made are monitored
plaintiff #1 Requested to Contact his attorney and was in
Jefferson county and was repeatedly denied. Additionally
All Calls if any is made collect

172. plaintiff has a right to counsel. This right is protected by the fifth and sixth Amendment and may not be reasonably limited by state officials

173. This right to counsel is not altered when the individual is incarcerated prison officials may not unreasonably prevent legal counsel from meeting with their prisoner clients as long as the attorney observes all rules of the institution.

## Denial of access to the court

174. upon information and Belief, due to plaintiff # 1 skin color and Race as african american, Defendant Thomas Duback did remove stamps from plaintiff out-going mail envelope compelling said mail to be returned back to the jail due to insufficient postage.

175. upon information and Belief, due to plaintiff skin color and Race color defendant meyers, After the mail was returned to the jail, sent the mail back to the postage after knowing that said mail needed sufficient postage, and without notifieing plaintiff that said mail need additional postage.

176. upon further information and belief, Staff Chels' Mc Garger Advise plaintiff that the post office forward or delivered said mail to Defendant king court three times and Defendant king rejected said mail three times.

177. The Failure of defendant meyers to notify plaintiff on his return of mail and additional postage needed prejudice him because he was not able to reply to defendant Petzold t cross motion and Reply to his motion to dismiss the indictment

<u>Grievance Program inadequate and Bias</u>

178 On _____ Plaintiff file agrievance against defendant Aucter and Defendant meyers for retaliation against him in regards to a complaint submitted to defendants Aucter and meyer in regards to the mischief and disruption mental Health inmate Larry Laurence keane was causeing Housing Block-A

179. Upon information and Belef, Defendant meyers Never processed or filed it in the grievance system

180 The grievance was handed directly to him On

181. Additionally, Defendant meyers is the grievance Investigator and supervisor Upon information and Belef Defendant meyers is bias in his investigation and his investigation is skewed against all incarcerated inmates

182. Upon information and Belef, Defendant feels and believes that incarcerated individuals are not worthy of Belef Because he was heared by plaintiff and several other inmates incarcerated individuals at lewis County Jail, saying that incarcerated individuals cannot be trusted and they are all liers.

183. Defendant thayer is bias in regards to investigating Grievances. On several agrievances I had appeal

184. The Decision Recieve at the First tier. An Defendant Thayer do not investigate nor has he, in just adopts the language and investigation of the First tier officer

Upon Further information and belief, complained of laziness also investigating plaintiff grievances and complaints is due to his race and the color of his skin

### Further Denial of Due process Rights. Denial of Right To Appeal Disciplinary Hearing

185. Upon admission to Lewis county jail it was Alledge during a strip search plaintiff ~~some~~ Secreted a Ball of tissue between his butt cheeks.

186. With unwrapping the ball of tissue or examining the ball of tissue content Defendant Aucter stuff the ball of tissue inside of a ~~shoe~~ shoe that was located inside the gymnasium of the Jail, He called dispatch, who later called Seargent Richard knight who came to the Jail gymnasium and retrieve the object out of the shoe, wrapp it inside of a glove and left the gymnasium

187. The plaintiff was later charged with prison contrabend. However, Defendant Aucter and Defendant never unwrapped, or examined the ball of tissue nor ever see what was inside of it



~~where~~ ~~for~~ ~~care~~ ~~rely~~ ~~waite~~ ~~endeavor~~ ~~that~~ ~~the~~ ~~ear~~
~~entered~~ ~~well~~ ~~shortly~~ ~~no~~ ~~a~~ ~~complication~~

188 Plaintiff was charge with prison contraband, A disciplinary Hearing was held, he plead not guilty and was Found guilty for possessing prison contraband, and Disciplinary Hearing officer Randy Reed imposed a disciplinary penalty of 5 days cell confinement, lost of commissary and tablet privileges.

189. Plaintiff drafted appeal on the grounds:
    1. there was no substantial evidence to support the Contraband Charge / guilty Charge
    2. Did not recieve a written Decision of the evidence relied on
    3. The Search was in violation of the 4th Amendment Reasonableness Standard, and was not pursuant to any legitimate penological interest
    4. That said search of plaintiff person was for no good reason but to humiliate.

190 Said appeal was handed to Defendant Randy Reed In between the ___ of June around about 6pm upon Further information al Belief, Defendant Randy Reed toss plaintiff appeal into the garbage

191. upon information ad belief the appeal was never submitted for review or was reviewed

192. upon information and Belief, Defendant Reed denied Plaintiff Right to appeal his disciplinary Findings.

193. Defendant Global Tel link a
did provide jefferson county jail, oneida county jail
Amanda county jail, montgomery county jail and
Broom county jail with a kiosk Electronic Terminal
for educational, Medical, Legal and grievance and
assistance purposes

194. Upon information and belief, Staff requested that
a kiosk be placed in each Block of Lewis county jail
so that the lewis county inmates will have access
to educational, medical, and legal and grievances
and assistance as the other county jails

195. Additionally, The kiosk ease the hardship on family and friends
and inmates by allowing family and friends to deposit
money into a kiosk Terminal or port and allow the inmate
to purchase commissary, tablet time where the inmate
Can access games, music, movies, Educational Books
and materials, Also allow inmates to pay for or add prepaid
minutes to their phones

196. At lewis county jail the inmates are not allowed to
add money to their tablets or phones unless they
have family or friends on the outside willing to put money
on the tablet account by Credit Card.

197. The Commissary option to add money to the tablet has
been taken away in violation of due process by Defendant
Thayer

198. Defendant Thayer refuse to put the option to add money to the
tablet and Phones back on the commissary sheet and he has refused

to order or direct that a kiosk be placed in each housing Block.

199. Upon information and Belief, Defendant Thayer alleges that global tel link has refused to place tablets in Lewis County Jail because the Jail is two small, and not Consider to be a real Jail.

200. Upon Further information and Belief, Global tel link has denied Lewis county Jail equal opportunities that kiosk provide, equal treatment and equal protection of the law by the refusing to place kiosk in the Lewis County Jail Housing Blocks.

201. Plaintiff # 1 is only given two hours a week Law Library.

202. plaintiff # 1 is only given Five Sheets of paper for legal Motions.

203. plaintiff # 1 outgoing general and legal Mail has been consistently interfer interferred with

204. upon information and Belief, Documentary Case details that was stored on the law Library Computer in wordpad File where printed OFF or out and sent to the respondents Defendants Assistant District Attorney and Petzoldt and lang for a tactical advantage over the Plaintiff.

205. This occurred in between the October 14, 2022 and October 17, 2022.

206. Defendant Thayer did denied plaintiff Right to prepare for trial when he refuse or denied Plaintiff right to speak to his co defendant Barry cleem when he place 6 request to do so June, July, August and September and October of 2022

Denied of Right to Rehabilitation

207. Defendant Thayer and corpenelli has Failed to provide plaintiff adequate vocational, and educational training failed to adders program need for

208. Plaintiff Did notify Defendant pezlek of the Conditions of confinement at Lewis County Jail. said claim defendant failed to Act and correct the constitutional violation.

### First Claim

Defendant John Doe #3 did deny plaintiff right to due process in violation of the 14th amendment to the united states Constitution when he did not allow plaintiff to cross examine adverse witnesses against and witnesses in support of his defense, and when he failed to provide plaintiff with a written disposition of evidence relied on (par 1 – 9).

### Second Claim

Defendant Sheriff #1 did deny plaintiff right to due process and to access the court when he refused to send plaintiff #1 writ of Habeas corpus to the court in absence of good cause (Par 10 – 11, 18)

### Third Claim

Defendant Premau did deny plaintiff Right to due process when he disregard plaintiff mitigation evidence denied him the right to present mitigation evidence, Failed to provide him with and adequate statement of evidence relied on in violation of the 14th Amendment to the united state Constitution (Par 13 – 17)

### Fourth Claim

Defendant peter tartaglia did deny plaintiff right to due process and right to be from cruel and unusual punishment when he fabricate that plaintiff failed to report after being directed to do so, when he fabricated plaintiff change his address and when he fabricated that plaintiff absconded (23 – 28, 68 – 80) in violation of the Eighth and Fourteenth Amendment to the united states constitution

## Fifth Claim

Defendant James Jimmy Blackwell did ~~violate~~ deny plaintiff
right to due process, right to probable cause, right to
be Free From cruel and unusual punishment, and right
to equal protection of the laws when he fabricate and
drawn a Felony complaint and Fabricated that he
discovered a weapon behind the driver seat of the
vehicle, and Filed the Felony Complaint with New
Bremen town court causing the plaintiff to be remanded
to the Lewis County jail (par 29, 56, 57, 58-65)

## Sixth Claim

Defendant knight and paczkowski did deny plaintiff
Right to due process and right to be free from unlawful
searches and seizures when they ran his licence, before he
was observed by any sheriff operating the vehicle, and they
knew it was a gun in the vehicle, ~~as part a warrant~~
~~warra~~ to conduct an inventory search as a pretext
and sham (par 66 - 67

## Seventh Claim

Defendant ~~John~~ Jane Doe #1 Did deny plaintiff #1 Right to
due process when she become aware that Defendant
Tartaglia submitted perjured evidence in the parole reconquizance
hearing, And the preliminary Hearing and as a basis of
the Parole warrant For detention and Retaking
and Fail to perge the hearing record of the taint and
notify the court and the parole supervisor in violation
of the 14th amendment to the united States Constitution
(Par 86-85

Defendant Jeff Tompkins did deny plaintiff The right to meaningful Representation, when he failed to prepare, interview witnessess, plaintiff, Review plaintiff court File and Undermine Defendant tortoglia from fabricate and False allegations of plaintiff court no-shows and parole viulations, inviolation of the 6th and 14th Amendment to the united states constitution (par 70 - 71

## Ninth Claim

Defendant paozkowski" and knight did and olmstead did deny plaintiff right to be Free From illegal search and seizure when they illegaly stoped lacking reasoneble suspicion and probable cause They his vehicle and arrested him (par inviolation of the 4th, and 14th amendment to the United States Constitution (Por 29- 34 )

## Tenth Claim

Defendant William Luppino did deny plaintiff right to due process when he Failed to notify Senior parole officer pezdek, Defendant king, when he became aware that the parole warrant was Based On perjured False allegations (par 68 - 88 ) Inviolation of the 8th and 14th amendment to the united States Constitution.

## Eleventh Claim

Defendant king did deny plaintiff right to due process when the plaintiff wrote him a letter and made him aware that perjury and material false allegations was submitted in the record of The parole recognizence hearing, under the new law" less is more" and he Failed to purge The Record of the tainted, direct a new hearing, or grant motion for reargument, inviolation of The 14th Amendment to the united States Constitution/par 89 - 91

## Twelfth Claim

Defendant king did deny plaintiff the right to provide legal assistance to illiterate inmates, right to be free from retaliation and the right to be free from cruel and unusual punish and punishment in violation of due process of law when he provoke plaintiff #1 to attack plaintiff #1 claiming plaintiff #1 provide wrong legal advice (par 92-112    ) in violation of the 1st, 8th and 14th Amendment to the united states Constitution.

## Thirteeth Claim

Defendant king and Defendant petzold did right to a fair tribunal, Equal protection of the law, right to be heared when conspired and Refused to aknowledge or answer motions; plaintiff Application for Bail (par 92 — 112 ) in violation of the 1st, 8th and 14th amendment to U.S. Constitution.

## Fourteenth Claim

Defendant king did deny plaintiff right to a fair and impartial tribunal and Judge when he rejected plaintiff Reply motions and sur-reply motions to defendant petzold king motions, when he notified defendant petzoldt to reply to motions sent by plaintiff, but do not notify plaintiff of motions sent by Defendant petzoldt and entering decision and judgment thereto without or inabsence of plaintiff being heared and his reply (92 - 119 112) in violation of the 1st, 6th and 8th and 14th Amendment to the united states Constitution.

## Fifteenth Claim

Defendant King did deny plaintiff right to a Fair and impartial Tribunal and Judge when plaintiff invoked his right to proceed pro se when his Judgement became skewed against plaintiff and denied plaintiff right to be heared and motions and When he rejected mail delivered to him from post office from plaintiff (92-112) in violation of the 1st, 6th and 14th amendment to the United States Constitution.

## Sixteenth Claim

Defendant King did deny plaintiff the right to equality and equal treatment when he created and established and unconstitutional sentencing policy of sentencing Black defendants, who do not plead guilty or accept responsibility, For accusation of allege offenses, Above and beyond the statutory maximum (par 92 - 112) in violation of the 1st, 6th, 8th and 14th amendment to the United states Constitution.

## Seventeenth Claim

Defendant King did deny plaintiff right to Fair and impartial tribunal and Judge When he turned a blind eye to Defendant petzold Legal abuses of failing and Refusing to turn over automatic discovery Refusing to ascertain in good faith, geographical Jurisdiction of Penal Law offenses 92-112 in violation of the 1st, 6th, 8th, 4th and 14 Amendment.

## Eighteenth Claim

Defendant Petzoldt did deny plaintiff right to a fair and impartial Tribunal and legal advisor when he exceed prosecutors geographical jurisdiction in prosecution of plaintiff when he knew or should have know that the offense of criminal possession of a weapon in the second degree was not committed in Lewis County (par 92-112, 28-67) in violation of the 1st, 4th, 5th, 6th, 8th and 14th amendment to the United States Constitution

## Nineteenth Claim

Defendant Carpinelli and defendant Thayer did violate petitions plaintiff rights to due process, right to be free from cruel and unusual punishment, right to be free from retaliation for exercising constitutional rights when they enforced and unconstitutional policy of Racism, Sexism, retaliation, denial of due process, denial of right to rehabilitation and said denials affectives the plaintiff mental and physical well being, weight loss, sleepless nights, headaches, Rashes, low headways, hypo stress, mental anguish (par 13 - 171 ) in violation of the 15th, 4th, 6th, 8th, 14th amendment to the United States Constitution

## twentieth

Defendant Melissa Devis did deny plaintiff right to Due process and cruel and unusual punishment when she failed to hold plaintiff final parole hearing in a timely manner and when she fail to correct or intervene when plaintiff put her on notice to constitutional violation

at lewis county Jail

## Twenty First Claim

Defendant william luppino did deny plaintiff Right to
due process when he fail to order plaintiff Final
parole hearing be held in timely manner or
dismiss his Charges (par                    )
In violation of the 8th and 14th amendment to
the United States Constitution.

## Twenty Second Claim

Defendant thayer unlawfully denied plaintiff right to
due consult and with Codefendant on defense and
Facts of case and to prepare For trial (par 206
In violation of 1st, 6th, 8th and 14th Amendment

## twenty third Claim

Defendant thomas dubach did deny plaintiff Right
to due process when he refused to provide plaintiff
with a timely notary public service (par 68-177)
In violation of 1st, 6th, and 14th Amendment

## Twenty Fourth Claim

Defendant Thomas dubach did deny plaintiff right
to access court and right to be free from retaliation
and cruel and unusual punishment when he removed
Stamps from plaintiff mail causing it to be returned
to the Jail missing a court deadline (par 174-177)
In violation of the 1st, 6th, 8th and 14th amendment

## twenty Fifth Claim

Defendant John Doe did deny plaintiff right to access
The courts, to be free from cruel and unusual punishment

denial of due process when the post office returned the mail to the jail three times and kept sending it back out when they knew or should have known the mail needed additional postage in violation of 1st, 6th, 8th, and 14th amendment to the United States Constitution (174-177)

### twenty sixth claim

Defendant Jarrod Randall did violate plaintiff right to due process, to be free from cruel or unusual punishment and punishment in violation of due process when he elected to intimidate harm, kill and hurt plaintiff based off his race and skin color

### twenty seventh claim

Defendant Meyers and defendant Ructer did deny plaintiff right to be free from retaliation, cruel and unusual punishment and right to due process when excercising constitutional right of voice complaints they directed plaintiffs to lock in their cells, search their cells, took their tablets commissary, dessert and transfered them to another housing Block, in violation of the 1st, 8th and 14th Amendment to the united states constitution (par 149-166)

### twenty eighth claim

Defendant Thayer did deny plaintiff right to be free from retaliation, cruel and unusual punishment, punishment in violation when he directed defendant meyers and ructer to retaliate and failed to intervene and stop it in violation of 1st, 8th, 14th amendment to U.S. Constitution (par 149-166)

## Twenty NINth claim

Defendant Thayer and Defendant Carpenelli did deny plaintiff due process of law when he was confined to Lewis County for a parole violation and they refused to provide opportunities for vocational and educational training, and any type of recreational activities where plaintiff struggle to maintain positive behavior al suffer from hy po stress (par         ) in violation of the 8th and 14th amendment to U.S. constitution

## Twenty Thirtyteeth claim

Defendant pozdek did deny plaintiff right to due process and to be free from cruel and unusual punishment when he confinement him to Lewis county jail where there is no opportunities for vocational's training educational training Retaliation, Sexism, Racism and denial due process is so a rampant in the facility (par         ) in violation of 8th and 14th Amendment to the United states Constitution.

## Thirty Second claim

Defendant Thayer did deny plaintiff right to access the court, ediquate law library, legal supplies, legal assurance and to a safe prison environment (par         169 - 173        ) in violation of the 1st, 4th, 6th, 8th, and 14th Amendment to U.S. Constitution

## Thirty Third claim

Defendant Best did deny plaintiff right to be free from illegal search and seizure, cruel al unusual punishment a a punishment in violation of due Amerca

When he strip search the plaintiff for no reason
But under the pretext of security causing plaintiff
Humiliation degradation in violation of
the 1st, 4th, 8th and 14th Amendment to
U.S. Constitution Par 185 - 192

### Thirty Fourth Claim

Defendant Global Tel-link and Defendant
Thayer did deny plaintiff's right to equal
protection of the law and due process
when kiosk was place in several county jails and
they refuse to place a kiosk in Lewis county jail
so inmates can enjoy the privilege of games, movies
and music on the tablet, and removed access to
the tablet from the commissary sheets and witholding
said privilege of the tablet in violation of
due process, 8th and 14th Amendment to the
U.S. Constitution. (Par 193 - 200)

### Thirty Firth Claim

Defendant Petzoveth did deny plaintiff right
to grand jury of his peers, and to be judge and
prosecuted by members of his county when he
exceed geographical jurisdiction of offense
committed in violation of common law and
the 1st, 4th, 5th, 6th, 8th, 14th amendment to the
United States Constitution. Par

# RELIEF REQUESTED

• Compensation and Punitives Damages in Official and individual capacities to be decided by the court

• Declaration and Judgement of mai constitutional rights violated by Defendants

   Injunctive Relief: expunge all duciplinary records reference herein

• Injunctive Relief directing Defendant Carpinelli and defendant thayer to discontinue their policy, custom and practices Of sexual discrimination Racial discrimination, Retaluation, and due process violations.

• implement adult educational and vocational training programs

• install a kiosk terminal, portal or booth in each housing block so inmates can access the privilege of the tablet by transfering monies from there inmate accounts to buy tablet time

• Direct that plaintiff one be transfer to State correctional facility to await trial

Pursuant to 28 USC 1746 I declare under the penalties of perjury that the foregoing is true and correct.

Date: 10.3.2022                                  Benji Reed

/

## Declaration of Service

I, Declore and say under the laws of United states of America that:

1. I, Ben, Reed, is the Declarant and that I'm over the age of 18 years of Age An reside at the Lewis county Jail P.O. BOX 233 Lowville N.Y. 13367

2. On October 20, 2022 I mail a 42 USC 1983 Complant in a manillo enevelope postage prepaid thereon in a Sealed manillo enevelope placing the same in a U.S. postal service Box at Lewis County Jail within the State of New York Addressed to the last known address as indicated below:

United states District Court
NORTHERN DESTRICT OF NEW YORK
Clerks' Office
P.O. Box 7367, 100 South Clinton Street
Syracuse N.Y. 13261-7367

Pursuant to 28 U.S.C. §1746 I Declare or certify That the foregoing is correct, True and Accurate to the Best of my knowledge. 10-20-22

Ben Reed